## SARETSKY KATZ DRANOFF & GLASS, L.L.P.
### 475 PARK AVENUE SOUTH
### NEW YORK, NEW YORK 10016

TELEPHONE (212) 973-9797
FACSIMILE (212) 973-0939

450 PIERMONT AVENUE
PIERMONT, NEW YORK 10968



9/2/08

August 29, 2008

**Via Federal Express**
Hon. Richard M. Berman
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 650
New York, New York 10007

**MEMO ENDORSED**

Re: *Jolene Manginelli v. New York Marriott Marquis.*
Docket No.: 08 CV 6608
Our File:   Marriott/Manginelli

Dear Judge Berman:

Our office represents the defendant, New York Marriott Marquis, in the above-referenced matter, which is scheduled for an Initial Pre-Trial Conference at 9:30 a.m. on Wednesday September 3, 2008.  I am writing to respectfully request that the timing of the conference be moved from 9:30 a.m. to 11:30 a.m. for personal reasons regarding my five year old son.  I have spoken with plaintiff's counsel and he has consented to this change.  Thank you for your consideration.

Very truly yours,

Robert B. Weissman

cc: *Via Fax: (201) 488-1162*
Lesnevich & Marzano-Lesnevich, LLC
350 Fifth Avenue, Suite 4400
New York, New York 10118-0110
Attn:  Michael Mildner, Esq.

---

Application granted. Conference adjourned to 11:30 a.m.

SO ORDERED:
Date: 9/2/08

Richard M. Berman, U.S.D.J.