UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/08

JOLENE MANGINELLI,

**Plaintiff**

vs.                                              **Case Management Plan**

NEW YORK MARRIOTT MARQUIS,               08 CV 6608

**Defendant**

_____

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i) Joiner of additional parties by February 3, 2009

(ii) Amend the pleadings by February 3, 2009

(iii) All discovery to be **expeditiously** completed by April 3, 2009  1/5/09

(iv) Consent to Proceed before Magistrate Judge: to be determined

(v) Status of settlement discussions:     A settlement demand has not yet been made.
       1/8/09 @ 12:45 with principals

**Sections vi through xi will be set at conference with the Court.**

(vi) Motions _____

(vii)  Oral Argument _____

(viii)  Joint Pre-Trial Order to be submitted by _____

(ix) Final Pre-Trial Conference _____

(x) Trial _____

(xi) Other _____

**SO ORDERED**: New York, New York
       9/3/08

_RMB_____
Hon. Richard M. Berman, U.S.D.J.